**Alamo**

| RA # 930455941 | RES # 1204788531 | QS # | |
|---|---|---|---|
| MARIA TERESA GUANIRA ZAMORA<br>LIMA, | ACCOUNT MILES CAR RENTAL, LLC<br>EXT REF # 16734792 | FT # | |

| RENTAL LOCATION | RENTAL DATE | RETURN LOCATION | RETURN DATE |
|---|---|---|---|
| ORLANDO HYATT REGENCY (877)2229075<br>9801 INTERNATIONAL DRIVE<br>ORLANDO, FL 32819-8197 | 16-OCT-2015<br>RENTAL TIME<br>08:30 AM | ORLANDO INTL ARPT (888)826 6893<br>1 JEFF FUQUA BOULEVARD<br>ORLANDO, FL 32827 | 26-OCT-2015<br>RETURN TIME<br>02:00 PM |

RATE RULES AND QUALIFICATIONS   INITIAL X **M G**

CAR ONLY RATES
Min. rental 1 days
Max. rental 330 days
Min Day 1 21.25
2 days 42.50
3 days 63.75
4 days 85.00
5 days 85.00
6 days 85.00
7 days 85.00

**VEHICLE INFORMATION**
RESERVED     ECONOMY 2/4 DOOR AUTOMATIC A/C
DRIVEN       ECONOMY 2/4 DOOR AUTOMATIC A/C
CHARGED      ECONOMY 2/4 DOOR AUTOMATIC A/C
MAKE
MODEL
COLOR
ODOMETER     0
PLATE
REG AREA
VEHICLE #
BAY
STALL

FN616775

| CHARGES | UNIT | PRICE/UNIT | CURRENT CHARGE |
|---|---|---|---|
| * TIME & DISTANCE | Rental | 85.00 X 1 | 85.00 |
| * EXTRA - TIME & DISTANCE | Day | 17.00 X 4 | 68.00 |
| * EXTRA - TIME & DISTANCE | Hour | 5.67 X | 0.00 |
| * EXTRA - TIME & DISTANCE | WEEK | 85.00 X | 0.00 |
| * UNLIMITED MILES/KM-TIME & DISTANCE | M/KM | | INCLUDED |
| RENTER'S RESPONSIBILITY | | | |
| * EXTENSION - TIME & DISTANCE | Hour | 5.67 X | 0.00 |
| * EXTENSION - TIME & DISTANCE | Day | 17.00 X | 0.00 |
| * EXTENSION - TIME & DISTANCE | WEEK | 85.00 X | 0.00 |
| EXTENDED PROTECTION | Day | 12.44 X 11 | 136.84 |
| REFUELING SERVICE CHARGE | Gallon | 3.21 X | 0.00 |
| * CONCESSION FEE 15 PCT @ 15.00% | | | 22.95 |
| * FLORIDA SURCHARGE 2.00/DAY | Day | | 22.00 |
| * TIRE/BATTERY FEE .02/DAY | Day | | 0.22 |
| * VEHICLE LICENSE FEE .57/DAY | Day | | 6.27 |
| SALES TAX 6.50% | | | 13.29 |

ESTIMATED CHARGES     201.57   INITIAL X **M G**

(ALL CHARGES ARE ESTIMATE ONLY - SUBJECT TO CHANGE IF VEHICLE NOT RETURNED TO THE LOCATION ON DATE AND TIME SPECIFIED, OR IF FUEL TANK IS NOT FULL AT RETURN AND FUEL SERVICE OPTION WAS NOT PURCHASED).
PAYMENTS
EXTERNAL TOUR VOUCHER 16734792 /11/ECAR
AMERICAN EXPRESS 9017 Auth #

I ACCEPT OPTIONAL EXTENDED PROTECTION (EP) AT $12.44 PER DAY AS DESCRIBED IN THE RENTAL AGREEMENT JACKET. X
**M.G**

I DECLINE OPTIONAL COLLISION DAMAGE WAIVER. X    **M G**

I DECLINE PERSONAL ACCIDENT INSURANCE (PAI) WITH PERSONAL EFFECTS COVERAGE (PEC). X    **M G**

I DECLINE ALAMO 'S OPTIONAL ROADSIDE SERVICE PLUS X   **M G**

FAILURE TO RETURN RENTAL PROPERTY OR EQUIPMENT UPON EXPIRATION OF THE RENTAL PERIOD AND FAILURE TO PAY ALL AMOUNTS DUE (INCLUDING COSTS FOR DAMAGE TO THE PROPERTY OR EQUIPMENT) ARE EVIDENCE OF ABANDONMENT OR REFUSAL TO REDELIVER THE PROPERTY, PUNISHABLE IN ACCORDANCE WITH SECTION 812.155 AND/OR SECTION 817.52 OF THE FLORIDA STATUTES. X
**M G**

THE VALID AND COLLECTIBLE LIABILITY INSURANCE AND PERSONAL INJURY PROTECTION INSURANCE OF ANY AUTHORIZED RENTAL OR LEASING DRIVER IS PRIMARY FOR THE LIMITS OF LIABILITY AND PERSONAL INJURY PROTECTION COVERAGE REQUIRED BY SECTIONS 324.021(7) AND 627.736, FLORIDA STATUTES. X
**M G**

We offer for an additional charge the following optional products: Damage Waiver; Personal Accident Insurance/ Personal Effects Coverage; Supplemental Liability Protection and Roadside Assistance Protection. Before deciding to purchase any of these products, you may wish to determine whether your personal insurance, credit card or other coverage provides you protection. [...] chase of any of these products is not required to rent a vehicle. X **M G**

**EXHIBIT A**



RES # 1204788531   RA
# 930455941

PAGE 2 OF 2

**NO ADDITIONAL DRIVERS ARE AUTHORIZED TO DRIVE THE VEHICLE WITH THE EXCEPTION OF THE DRIVERS LISTED BELOW.**

YOU AGREE TO ALL PROVISIONS CONTAINED WITHIN THIS AGREEMENT, INCLUDING THOSE CONTAINED WITHIN ALAMO'S RENTAL AGREEMENT JACKET AND ALL APPLICABLE OPTIONAL PRODUCT BROCHURES, AND YOU ACKNOWLEDGE RECEIPT OF EACH OF THEM. YOU UNDERSTAND AND AGREE THAT, TO THE EXTENT PERMITTED BY LAW, IF YOU DO NOT COMPLY WITH CERTAIN KEY PORTIONS OF THIS AGREEMENT (AND, WHERE APPLICABLE, THE TERMS OF ANY ASSOCIATED CORPORATE, GOVERNMENT, OR TOUR ACCOUNT AGREEMENT), ALL COLLISION DAMAGE WAIVER, LIABILITY INSURANCE AND UNINSURED/UNDERINSURED MOTORIST BENEFITS, AND CERTAIN OTHER OPTIONAL PRODUCTS, IF ANY, DESCRIBED IN THIS AGREEMENT ARE VOID AND, THUS, WILL NOT BE PROVIDED.

RENTER: _[signature]_

Thank you for choosing Alamo.